UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

TANISHA Q. McDONALD,

PLAINTIFF,

VS.                                                                08-3150

ROBERT HALL,

DEFENDANT.

## MERIT REVIEW AND CASE MANAGEMENT ORDER

This case is before the court for merit review and case management. *See* 42 U.S.C.§1915A and Fed.R.Civ.P. 16. This is an action under 42 U.S.C. §1983 by a *pro se* inmate of the Illinois Department of Corrections against a corrections officer, or jaile,r at the McLean County Jail where the plaintiff was held as a pretrial detainee. The court has jurisdiction under 28 U.S.C. §§1331 & 1343.

The plaintiff claims violations of her rights to due process under the Fourteenth Amendment to the United States Constitution. Specifically, she claims that the defendant sexually assaulted her repeatedly while she was a pretrial detainee. She also makes claims against the jail superintendent and McLean County based upon their supervisory powers over the defendant, Hall. That is not a basis for a claim for relief under §1983. Liability cannot be based upon the doctrine of *respondiat superior*. A defendant must have first hand, direct involvement in the constitutional violations the plaintiff claims. The plaintiff may proceed against the defendant, Hall, but, on its own motion, the court will strike the defendants Phares, as Jail Superintendent, and McLean County, Illinois. If information develops during the discovery portion of the case that would sustain a claim against those defendants, they may be reinstated or added as defendants.

IT IS ORDERED THAT:

1) The clerk issue and mail notice of suit and waiver of process in this matter for the defendant, Robert Hall;

2) The plaintiff is granted the right to proceed *in forma pauperis*;

3) The clerk shall issue and mail the necessary documents to collect the deferred costs from the plaintiff's institutional trust account;

4) The clerk shall schedule this case for further hearing under Fed.R.Civ.P. 16 and issue the necessary process to secure the plaintiff's participation by video conference.

Enter this 30th day of July 2008.

                                 s\Harold A. Baker

                                 Harold A. Baker
                          United States District Judge